1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:  415/674-8600
4  Facsimile:   415/674-9900
   tfrankovich@disabilitieslaw.com
5
   Attorney For Plaintiffs,
6  DAREN HEATHERLY and
   IRMA RAMIREZ
7

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY and IRMA RAMIREZ | CASE NO. 4:14-cv-02473-KAW |
| Plaintiffs, | **STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON** |
| v. | |
| O'DONNELL'S FAIRFAX NURSERY; LINDSAY PAUL O'DONNELL; and O'DONNELL ENTERPRISES, INC., a California Corporation dba O'DONNELL'S FAIRFAX NURSERY | |
| Defendants. | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: November 10, 2014

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: */s/ Thomas E. Frankovich*
Thomas E. Frankovich
Attorney For Plaintiffs, DAREN HEATHERLY and IRMA RAMIREZ

Dated: November 10, 2014

**ALLMAN & NIELSEN** PC

Approval given 11/10/14

By: */s/ Sara B. Allman*
Sara B. Allman
Attorney for Defendants LINDSAY PAUL O'DONNELL; and O'DONNELL ENTERPRISES, INC., a California Corporation dba O'DONNELL'S FAIRFAX NURSERY

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: 11/12, 2014

Honorable Magistrate Kandis A. Westmore
UNITED STATES DISTRICT JUDGE